## U.S. District Court
## Middle District of Florida (Tampa)
### CRIMINAL DOCKET FOR CASE #: 8:18-cr-00011-VMC-MAP-1

Case title: USA v. Morrissey
Magistrate judge case number: 8:16-mj-01724-AAS

Date Filed: 01/04/2018

Assigned to: Judge Virginia M. Hernandez Covington
Referred to: Magistrate Judge Mark A. Pizzo

### Defendant (1)

**David Morrissey**
*also known as*
David Smentkowski

| Pending Counts | Disposition |
|---|---|
| 18:2250.F FAILURE TO REGISTER AS A SEX OFFENDER (1) | |

**Highest Offense Level (Opening)**
Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| Complaints | Disposition |
|---|---|
| 18:2250.F FAILURE TO REGISTER AS A SEX OFFENDER | |

### Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Kristen A. Fiore**<br>US Attorney's Office – FLM<br>Suite 3200<br>400 N Tampa St<br>Tampa, FL 33602-4798<br>813-274-6148<br>Fax: 813-274-6178<br>Email: kristen.fiore@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 11/08/2016 | 1 | COMPLAINT as to David Morrissey (1). (CDM) [8:16-mj-01724-AAS] (Entered: 12/20/2017) |
| 12/07/2017 | 3 | Arrest Warrant Returned Executed on 12/6/17 as to David Morrissey. (CDM) [8:16-mj-01724-AAS] (Entered: 12/20/2017) |
| 01/04/2018 | 4 | INDICTMENT returned in open court as to David Morrissey (1) count(s) 1. (KMM) (Entered: 01/05/2018) |
| 01/23/2018 | 5 | NOTICE OF HEARING as to David Morrissey: Arraignment set for 2/7/2018 at 10:00 AM in Tampa Courtroom 11 B before Magistrate Judge Mark A. Pizzo. Initial Appearance set for 2/7/2018 at 10:00 AM in Tampa Courtroom 11 B before Magistrate Judge Mark A. Pizzo. (EJC) (Entered: 01/23/2018) |
| 02/05/2018 | 6 | NOTICE *re Case Status* by USA as to David Morrissey (Attachments: # 1 Exhibit 1)(Fiore, Kristen) (Entered: 02/05/2018) |
| 02/06/2018 | 7 | NOTICE canceling Initial Appearance / Arraignment hearing scheduled for 2/7/2018 at 10:00 AM as to David Morrissey (EJC) (Entered: 02/06/2018) |
| 07/17/2018 | 8 | NOTICE *Regarding Consent to Transfer of Case for Plea and Sentence under Rule 20* by USA as to David Morrissey (Attachments: # 1 Attachment)(Fiore, Kristen) (Entered: 07/17/2018) |