PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: David Morrissey     Cr.: 18-00454-001
    PACTS #: 4299173

Name of Sentencing Judicial Officer:    THE HONORABLE JEROME B. SIMANDLE
                                       SENIOR UNITED STATES DISTRICT JUDGE
                                       (Reassigned to the Hon. Renée Marie Bumb on August 5, 2019)

Date of Original Sentence: 11/16/2018

Original Offense:    Count One: Failure to Register Under the Sex Offender Registration and Notification Act, 18 U.S.C. § 2250, a Class C felony

Original Sentence: 347 Days imprisonment, 5 years supervised release

Violation of Supervised Release: Heard on 10/24/2019, resentenced to 6 months custody, 5 years supervised release

Violation of Supervised Release: Heard on 4/18/2023, resentenced to 10 months custody, 3 years supervised release

Special Conditions: Special Assessment, Alcohol Treatment, Drug Treatment, Mental Health Treatment, Other Condition, Support Dependents, Substance Abuse Testing, Life Skills Counseling, CSL Compliance

Type of Supervision: Supervised Release                      Date Supervision Commenced: 10/06/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'** |
| | On January 24, 2024, the undersigned met with Mr. Morrissey and administered a drug screening. The screening resulted presumptive positive for marijuana. Prior to administering the drug screening, Mr. Morrissey did admit to marijuana and alcohol use. |

Prob 12A – page 2
David Morrissey

U.S. Probation Officer Action:

Mr. Morrissey was released from the custody of the Burlington County Department of Corrections on January 22, 2024. On January 24, 2024, Mr. Morrissey met with the undersigned for his initial intake meeting and drug screening.

On January 14, 2020, the Probation Office submitted a *Report on Individual Under Supervision*, relative to Mr. Morrissey's request to be approved to use marijuana for medical purposes, as prescribed by his physician. On January 15, 2020, the Court approved this request. After submitting the positive drug screening, as described in Violation #1, Mr. Morrissey stated that he believed that due to the Court's prior approval, marijuana use was permitted. He also relayed that his current medical marijuana card was expired and that he is in the application process for renewal.

The undersigned also addressed Mr. Morrissey's admission to consuming alcohol. Mr. Morrissey stated that consuming alcohol is a part of his religion; however, he is aware of the special condition of supervised release, which states that he must refrain from the use of alcohol and would no longer consume it.

Mr. Morrissey is currently scheduled for a dual-diagnosis treatment assessment at Solstice on February 1, 2024. This assessment will also include psychiatric services and medication management.

At this time, the Probation Office is seeking to notify the Court of Mr. Morrisey's drug and alcohol use, with no other formal action taken at this time. The Probation Office will collaborate with Mr. Morrisey's assigned clinicians at Solstice to work towards his treatment goals and reinforce his sobriety. If Mr. Morrissey deviates from the treatment plan prescribed after his assessment, the Court will be notified.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:  MATTHEW J. WEBER
Senior U.S. Probation Officer

/ mjw

APPROVED:

_____  1/25/24
ANTHONY M. STEVENS        Date
Supervising U.S. Probation Officer

Prob 12A -- page 3
David Morrissey

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other

_____
Signature of Judicial Officer

A status report shall be submitted

1/30/24
Date