PROB 12A
(6/21)

# United States District Court

### for

### District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: David Morrissey

Cr.: 18-00454-001
PACTS #: 4299173

Name of Current Judicial Officer:    THE HONORABLE RENEE MARIE BUMB
CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/16/2018

Original Offense:    Failure To Register under the Sex Offender Registration and Notification Act, in
violation of 18 U.S.C. § 2250, a Class C felony

Original Sentence: 10 months imprisonment, 5 years supervised release

Violation of Supervised Release: Heard October 24, 2019; resentenced to 6 months custody, 5 years
supervised release.

2nd Violation of Supervised Release: Heard On April 18, 2023; resentenced to 10 months custody, 3 years
supervised release

Special Conditions: Alcohol/ Substance Abuse Testing/Treatment, Mental Health Treatment, Life Skills
Counseling, Other Condition, Special Assessment, Other Condition, Support Dependents

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/06/2023

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   **'You shall refrain from illegal possession and use of drugs, including
prescription medication not prescribed in your name, and the use of
alcohol, and shall submit to urinalysis or other forms of testing to ensure
compliance. It is further ordered that you shall submit to evaluation and
treatment, on an outpatient or inpatient basis, as approved by the U.S.
Probation Office. You shall abide by the rules of any program and shall
remain in treatment until satisfactorily discharged by the Court. You shall
alert all medical professionals of any prior substance abuse history,
including any prior history of prescription drug abuse. The Probation
Officer shall supervise your compliance with this condition.'**

On August 4, 2024, the undersigned officer conducted a home inspection. A
urine specimen was collected, which tested positive for marijuana,
amphetamine, and benzodiazepine. A medication check confirmed Morrissey's
positive urine specimen for amphetamine and benzodiazepine; however, when
Morrissey was asked to present a copy of his medicinal marijuana card,
Morrissey stated he let it lapse, and it was no longer valid.

Prob 12A – page 2<br>David Morrissey

**U.S. Probation Officer Action:**
The undersigned officer recommends no Court action to allow Morrissey time to reapply for his medicinal marijuana card. Morrissey has been directed to cease the use of marijuana until he has obtained his medicinal marijuana card. The Court has previously granted approval for medical marijuana use. We will continue to monitor Morrissey's compliance and will notify the Court if any additional non-compliance occurs immediately.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   ERIN A. DESILVA
Senior U.S. Probation Officer

/ ead

APPROVED:

_____   8/19/2024
STEVEN ALFREY                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)(as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other

*a warning shall issue*

_____
Signature of Judicial Officer

_____
Date
8 | 19 | 24